■ In the Matter of CHARLES H. DOWNING, an Attorney. [663 NYS2d 962] —Motion granted and the Departmental Disciplinary Committee for the First Judicial Department is permitted to serve the notice of motion pursuant to the proposed Order For Publication (a copy of which is annexed to the moving papers as Exhibit F) upon respondent by publication pursuant to 22 NYCRR 601.1. No opinion. Murphy, P. J.

■ In the Matter of RICHARD DENNIS SILVERBLATT (Admitted as RICHARD D. SILVERBLATT), a Disbarred Attorney. [662 NYS2d 971] —Motion granted, the Report of the Hearing Panel confirmed, and petitioner will be reinstated as an attorney and counselor-at-law in the State of New York upon his taking and passing the New York State Bar Examination, and upon the further order of this Court. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Colabella, JJ.

(September 16, 1997)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROWN, Appellant. [662 NYS2d 253] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered July 6, 1995, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The verdict was not against the weight of the evidence. Issues concerning credibility and the reliability of identification testimony were properly presented to the jury and we see no reason to disturb its findings (see, People v Gaimari, 176 NY 84, 94). Concur—Murphy, P. J., Sullivan, Ellerin and Williams, JJ.